```
 1  SEYFARTH SHAW LLP
    Mark S. Ross (State Bar No.: 064812)
 2  Ari Hersher (State Bar No.: 260321)
    560 Mission Street, Suite 3100
 3  San Francisco, California 94105
    Telephone: (415) 397-2823
 4  Facsimile: (415) 397-8549

 5  Attorneys for Defendant
    KIEWIT PACIFIC CO.
 6

 7  LAW OFFICES OF JOHN F. MARTIN
    John F. Martin (State Bar No. 52618)
 8  Heather Holbrooks-Kuratek (State Bar No. 246498)
    3100 Oak Road, Suite 2300
 9  Post Office Box 5331
    Walnut Creek, CA 94596
10  Telephone: (925) 937-5433
    Facsimile: (925) 938-5567
11
12  Attorneys for Plaintiff
    MAGIN MURRAY
13
```

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| MAGIN MURRAY, | ) Case No. CV 08-5141 |
|---|---|
| Plaintiff, | ) |
| v. | ) **STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AND [PROPOSED] ORDER** |
| KIEWIT PACIFIC COMPANY; DOES 1-10, et. al., | ) |
| Defendant. | ) |

Pursuant Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated by and between Plaintiff Magin Murray and Defendant Kiewit Pacific Co., Inc., individually or through their respective counsel of record, as represented by their signatures below, that the above entitled matter be forthwith **DISMISSED WITH PREJUDICE**, with each party to bear his or her or its own costs of suit and attorneys' fees.

Stipulation For Dismissal With Prejudice/ Case No. C 07-03238 CW

| | |
|---|---|
| 1  DATED: ~~March~~ April 15, 2009 | SEYFARTH SHAW LLP |
| 2 | |
| 3 | By _____ |
| 4 | Mark S. Ross<br>Ari Hersher |
| 5 | Attorneys for Defendant<br>KIEWIT PACIFIC CO., INC. |
| 6  DATED: April 13, 2009 | LAW OFFICES OF JOHN F. MARTIN |
| 7 | |
| 8 | |
| 9 | By _____<br>John F. Martin, Esq<br>Heather Holbrooks-Kuratek, Esq. |
| 10 | |
| 11 | Attorneys for Plaintiff<br>MAGIN MURRAY |

## ORDER

**IT IS HEREBY ORDERED** that:

The above entitled matter, Case No. **CV 08-5141 CW**, is DISMISSED WITH PREJUDICE, with each party to bear his or her or its own costs of suit and attorneys' fees.

Date: 4/16/09

_____
HON. CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Seyfarth Shaw LLP, 560 Mission Street, Suite 3100, San Francisco, California 94105. On April 15, 2009, I served the within documents:

**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AND [PROPOSED] ORDER**

☐ I sent such document from facsimile machine (415) 397-8549 on _____. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine (415) 397-8549 which confirms said transmission and receipt. I, thereafter, mailed a copy to the interested party(ies) in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed to the parties listed below.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ by placing the document(s) listed above, together with an unsigned copy of this declaration, in a sealed Federal Express envelope with postage paid on account and deposited with Federal Express at San Francisco, California, addressed as set forth below.

☐ by placing the document(s) listed above, together with an unsigned copy of this declaration, in a sealed Overnite Express envelope with postage paid on account and deposited with Overnite Express at San Francisco, California, addressed as set forth below.

☐ by transmitting the document(s) listed above, electronically, via the e-mail addresses set forth below.

LAW OFFICES OF JOHN F. MARTIN
John F. Martin
Heather Holbrooks-Kuratek
3100 Oak Road, Suite 2300
Post Office Box 5331
Walnut Creek, CA  94596
Tel.: (925) 937-5433
Fax: (925) 938-5567

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court whose direction the service was made.

Executed on April 15, 2009, at San Francisco, California.

_____
Liza Allen

SF1 28353561.1